Civil Action No. 2:24-cv-02146-TLN-CSK

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for JOHN ALLEN was received by me on August 9, 2024.

Documents: **Summons; Complaint; Exhibit 1; Exhibit 2; Civil Case Cover Sheet; Consent Form; Voluntary Dispute Resolution; Initial Pretrial Scheduling Order**

Service Address: **540-A 6TH ST**
**ARBUCKLE, CA 95912**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Carol Geyer - Superintendent, a person of suitable age and discretion who resides there, on 8/12/2024, and mailed a copy to the individual's last known address; or

☑ I served the summons to **Carol Geyer - Superintendent** , who is designated by law to accept service of process on behalf of **JOHN ALLEN** on **August 12, 2024 1:30 PM**

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ .00 for services, for a total of $ .00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

*Date:* **August 12, 2024**

*Server's signature*

*Additional information regarding attempted service, etc:*

**Robert Wolfgang Ollier**
*Printed name and title*
*REG # 304, County of Shasta*

**13395 Voyager Parkway Suite 130 PMB 311, Colorado Springs, CO 80921**
*Server's Address*

31152