1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
13   JAYLEN ESCOBOSA,                    Case No. 2:24-CV-02146-TLN-CSK
14              Plaintiffs,              [Hon. Dena M. Coggins]
15         vs.
                                         **ORDER FOR THE STIPULATION
16   PIERCE JOINT UNIFIED SCHOOL         TO EXTEND DISCOVERY
     DISTRICT, SCOTT BURNUM, JOHN        DEADLINES**
17   ALLEN, EMILY LLOYD, and DOES 1 -10,
18   inclusive,
19              Defendants.
                                         Complaint Filed: 8/9/2024
20                                       Trial:           TBD
21
22
23
24
25
26
27
28

ORDER RE STIPULATION FOR EXTENSION OF DISCOVERY AND, EXPERT DEADLINES

## ORDER

GOOD CAUSE APPEARING, the parties' request to continue the discovery, expert, and dispositive motion deadlines a by 6 months, is hereby GRANTED as follows:

| Activity/Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Deadline | September 3, 2025 | March 3, 2026 |
| Expert Disclosures | November 3, 2025 | May 4, 2026 |
| Supplemental Expert Disclosures | February 2, 2026 | August 3, 2026 |
| Filing of Dispositive Motions/MSJ | March 2, 2026 | September 2, 2026 |
| Filing of Joint Notice of Trial Readiness | 30 days after Court ruling on last filed Dispositive Motion | No Change |

IT IS SO ORDERED.

Dated: September 15, 2025

_____
Troy L. Nunley
Chief United States District Judge

---

ORDER RE STIPULATION FOR EXTENSION OF DISCOVERY, EXPERT, AND DISPOSITIVE MOTION DEADLINES

1